# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 15, 2018

### NO. 03-16-00753-CV

**Donald Edmund Dyer, Appellant**

**v.**

**Estela Trevino Dyer, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on December 8, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the portions of the divorce decree related to the division of property; we affirm the remaining uncontested portions of the decree. We remand the cause to the trial court for a new determination and division of the community estate. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.